**FILED**

DEC 11 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>BIREN DESAI,<br>Defendant. | Case No.  21-cr-00395-HSG-2<br><br>**ORDER FOR REMAND** |

IT IS SO ORDERED that the defendant, Biren Desai, is remanded into the custody of the United States Marshal.

**IT IS SO ORDERED.**

Dated: December 11, 2023

KANDIS A. WESTMORE
United States Magistrate Judge